BENNETT *against* WINTER and RANKINS.

A final decree, regularly obtained and enrolled, cannot be opened or altered, but on a bill of review; and, if not enrolled, it can be corrected only on a rehearing, duly applied for according to the rules of the Court.

*WELLS*, for the plaintiff, presented a petition, sworn to, *October* 12th. and accompanied with due notice of the application, to have the final decree, which was entered in this cause on the 14th of *July*, 1815, corrected, by adding to it supplementary provisions.

*Winter*, in *pro. perso.*, contra.

THE CHANCELLOR. A final decree, regularly obtained and enrolled, cannot be opened or altered, in this Court, *but upon a bill of review, and, if not enrolled, it can only [ * 206 ] be corrected upon a rehearing, duly applied for under the rules of the Court.

Motion denied, with costs.